IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MEBICK MENENDEZ

  Plaintiff

v.

UNITED STATES OF AMERICA

  Defendant

**Civil No. 98-2005(SEC)**
**Federal Tort Claims Act**

## JUDGMENT

Pursuant to Opinion and Order of even date, the above-captioned action is **DISMISSED**. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 3d day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge



AO 72A
(Rev 8/82)